UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
PHILLIP JEROME GARDNER,

                   Plaintiff,           07 Civ. 5535 (WHP)

                  -against-           ORDER

THE MENTAL HEALTH UNIT OF
SULLIVAN CORRECTIONAL FACILITY,
MISS DR. BANYON, MR. DR. KAHN, and
MALE NURSE DARBEE,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

     This case is dismissed for the reasons set forth on the record on December 14, 2007. The Clerk of the Court is directed to mark the case closed.

Dated:    December 17, 2007
          New York, New York

                                   SO ORDERED:

                                   WILLIAM H. PAULEY III
                                   U.S.D.J.

*Copy mailed to*:

Phillip Jerome Gardner
00-A-1955
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733
*Plaintiff Pro Se*

Christopher Vanderwater, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271
*Counsel for the Defendant*