USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PHILLIP JEROME GARDNER,

                Plaintiff,                07 Civ. 5535 (WHP)

           -against-                ORDER

THE MENTAL HEALTH UNIT OF
SULLIVAN CORRECTIONAL FACILITY,
MISS DR. BANYON, MR. DR. KAHN, and
MALE NURSE DARBEE,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff's motion for an extension of time to file notice of appeal is granted.

Dated:    February 25, 2008
           New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

*Copies mailed to*:

Phillip Jerome Gardner
00-A-1955
Great Meadow Correctional Facility
P.O. Box 51
Comstock, NY 12821-0051
*Plaintiff Pro Se*

Kevin McCaffrey, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, NY 10271
*Counsel for Defendants*