UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __22__

------------------------------------------------

Gardner

-v-

The Mental Health Unit of Sullivan...

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-5535__

JUDGE: __WHP__

DATE: __3-4-2008__

*U.S. DISTRICT COURT FILED MAR 04 2008 S.D. OF N.Y.*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |
| ** ONLY CIRCLED DOCUMENTS ARE INCLUDED ** | |
| ** ALL OTHERS MISSING AT THIS TIME ** | |

( X ) Original Record                    (____) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 4th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------       U.S.C.A. # _____

            Gardner                             U.S.D.C. # 07cv5535
                -v-
                                                JUDGE:    WHP
The Mental Health Unit of Sullivan              DATE:     3-4-2008
----------------------------------------
```

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __20__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____     _____

_____     _____

_____     _____**BALANCE OF FILE MISSING AT THIS TIME**_____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____


In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 4th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
            Deputy Clerk

APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-05535-WHP**
**Internal Use Only**

Gardner v. The Mental Health Unit of Sullivan Correctional Facility et al
Assigned to: Judge William H. Pauley, III
Demand: $1,000,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/11/2007
Date Terminated: 12/18/2007
Jury Demand: Both
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 06/08/2007) (jeh) (Entered: 06/25/2007) |
| 06/11/2007 | 2 | COMPLAINT against The Mental Health Unit of Sullivan Correctional Facility, Banyon, Kahn, Darbee. Document filed by Phillip Jerome Gardner.(jeh) (Entered: 06/25/2007) |
| 06/11/2007 |  | Magistrate Judge Frank Maas is so designated. (jeh) (Entered: 06/25/2007) |
| 06/11/2007 | 3 | MOTION to Appoint Counsel. Document filed by Phillip Jerome Gardner.(jeh) (Entered: 06/25/2007) |
| 08/21/2007 | 4 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 10/12/2007 at 12:00 PM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge William H. Pauley III. (Signed by Judge William H. Pauley III on 8/16/07) (tro) (Entered: 08/22/2007) |
| 09/07/2007 | 5 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE UNEXECUTED as to Kahn. Attempted Service of Summons and Complaint. Service was attempted on 8/14/07. Document filed by Phillip Jerome Gardner. (jco) (Entered: 09/10/2007) |
| 09/07/2007 | 6 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Darbee served on 8/17/2007, answer due 9/6/2007. Service was accepted by F, Darbee, R.N., (personal service). Document filed by Phillip Jerome Gardner. (db) (Entered: 09/10/2007) |
| 09/07/2007 | 7 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Banyon served on 8/20/2007, answer due 9/10/2007. Service was accepted by Peter Durfee. Document filed by Phillip Jerome Gardner. (dle) (Entered: 09/10/2007) |
| 09/26/2007 | 8 | ENDORSED LETTER addressed to Judge William H. Pauley from Kevin McCaffrey dated 8/23/07 re: Counsel for defendant Diane Banyon, R.N. requests an extension of time until 10/1/07 to answer or otherwise respond to the complaint. ENDORSEMENT: Application granted. Banyon answer due 10/1/2007. (Signed by Judge William H. Pauley III on 9/10/07) (tro) (Entered: 09/27/2007) |
| 10/01/2007 | 9 | ANSWER to Complaint with JURY DEMAND. Document filed by Banyon, Darbee.(pl) (Entered: 10/02/2007) |
| 10/09/2007 | 10 | ENDORSED LETTER addressed to Judge William H. Pauley from Kevin McCaffrey dated 10/1/07 re: Counsel for defendant requests that the Court schedule a pre-motion conference. ENDORSEMENT: Application GRANTED. A conference will be held concurrently with the initial pre-trial conference on 10/12/07 at 12:00 p.m. So Ordered. (Signed by Judge William H. Pauley III on 10/4/07) (js) (Entered: 10/09/2007) |
| 10/19/2007 | 11 | ORDER denying without prejudice 3 Motion to Appoint Counsel, and as further set forth in this document. (Signed by Judge William H. Pauley III on 10/12/07) copies sent by chambers.(cd) (Entered: 10/22/2007) |
| 11/01/2007 | 12 | SCHEDULING ORDER: Plaintiff Pro Se and counsel to Defendants having appeared before the Court for a conference on the record on October 12, 2007, the following schedule is established on consent: Defendants are to provide copies of all concerning the two incidents at issue in the Complaint, as well as medical records, to Pro Se by November 2, 2007. Defendants are to file and serve a motion for judgment on the pleadings by November 2, 2007. Responses due by 11/29/2007, Replies due by 12/10/2007, Discovery due by 1/18/2008, Joint Pretrial Order due by 2/15/2008. Final Pretrial Conference set for 2/29/2008 at 10:30 AM before Judge William H. Pauley III. (Signed by Judge William H. Pauley III on 10/23/2007) Copies Mailed By Chambers.(mbe) (Entered: 11/05/2007) |
| 11/02/2007 | 13 | MOTION to Dismiss purs to FRCP 12(c). Document filed by Banyon, Darbee.Responses due by 11/29/2007(djc) (Entered: 11/05/2007) |
| 11/02/2007 | 14 | NOTICE of to Pro Se Litigant Opposing Motion to Dismiss. Document filed by The Mental Health Unit of Sullivan Correctional Facility, Banyon, Kahn, Darbee. (djc) (Entered: 11/05/2007) |
| 11/02/2007 | 15 | MEMORANDUM OF LAW in Support re: 13 MOTION to Dismiss. Document filed by The Mental Health Unit of Sullivan Correctional Facility, Banyon, Kahn, Darbee. (djc) (Entered: 11/05/2007) |
| 12/18/2007 | 16 | ORDER OF DISMISSAL this case is dismissed for the reasons set forth on the record on December 14, 2007. The Clerk of the Court is directed to mark this case closed. SO ORDERED. (Signed by Judge William H. Pauley, III on 12/17/2007) (jmi) (Entered: 12/19/2007) |

| Date | No. | Description |
|---|---|---|
| 01/02/2008 | 17 | LETTER addressed to Judge William H. Pauley from Kevin McCaffrey dated 11/27/07 re: request permission to file a motion to dismiss the complaint for failure to prosecute pursuant to Rule 41(b) of the F.R.C.P. w/ attch. Notice of Deposition. Document filed by The Mental Health Unit of Sullivan Correctional Facility, Banyon, Kahn, Darbee.(pl) Modified on 1/8/2008 (pl). Modified on 1/8/2008 (pl). (Entered: 01/08/2008) |
| 01/25/2008 | 18 | MOTION for Extension of Time to File a Notice of Appeal. Document filed by Phillip Jerome Gardner.(ae) (Entered: 02/20/2008) |
| 01/25/2008 | 20 | NOTICE OF APPEAL from 16 Order of Dismissal. Document filed by Phillip Jerome Gardner. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 03/04/2008) |
| 01/25/2008 |  | Appeal Remark as to 20 Notice of Appeal filed by Phillip Jerome Gardner. NO FEE. IFP GRANTED 6/8/07. (tp) (Entered: 03/04/2008) |
| 02/28/2008 | 19 | ORDER granting 18 Motion for Extension of Time to File. (Signed by Judge William H. Pauley, III on 2/25/08) Copies Mailed By Chambers.(cd) (Entered: 02/28/2008) |
| 03/04/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 20 Notice of Appeal. (tp) (Entered: 03/04/2008) |
| 03/04/2008 |  | Transmission of Notice of Appeal to the District Judge re: 20 Notice of Appeal. (tp) (Entered: 03/04/2008) |