UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PHILLIP JEROME GARDNER,

                      Plaintiff,           07 Civ. 5535 (WHP)

      -against-                 ORDER

THE MENTAL HEALTH UNIT OF
SULLIVAN CORRECTIONAL FACILITY,
MISS DR. BANYON, MR. DR. KAHN, and
MALE NURSE DARBEE,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        This Court dismissed this case on December 17, 2007 for the reasons set forth on the on the record on December 14, 2007. On January 25, 2008, Plaintiff pro se filed a notice of appeal. Subsequently, on February 14, 2008 Plaintiff pro se filed a motion to reopen his case. Plaintiff pro se has presented no grounds for relief pursuant to Fed. R. Civ. P. 60(b). Accordingly, Plaintiff's motion is denied.

Dated:    March 13, 2008
            New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                          U.S.D.J.

*Copy mailed to*:

Phillip Jerome Gardner
00-A-1955
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733
*Plaintiff Pro Se*

Christopher Vanderwater, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271
*Counsel for the Defendant*